

*Receipt #11089598 03/29/2010*
*$26,056.52 03/29/2010*

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

TEE TO GREEN GOLF PARKS, INC.

Debtor.

Chapter 7

Case No. 00-13145K MJK

**STATEMENT OF
UNCLAIMED DIVIDENDS**

| Claim No. | Creditor Name and Address | Amount Allowed | Dividend |
|---|---|---|---|
| 11 | Carl & Jane Henson<br>437 Kirk LN<br>Troy, OH 45373 | $34,100.55 | $1,196.92 |
| 29 | Mary Gates<br>10790 W. Versailles Rd.<br>Covington, Oh 45318 | $12,773.00 | $448.33 |
| 34 | Unique Concepts of Buffalo, Inc.<br>Unistar Commercial Interiors, 1971 Abbott Rd., Suite J<br>Lackawanna, NY 14218 | $1,493.74 | $52.43 |
| 47 | Charles E. Ward<br>551 Wardo Western Rd.<br>Prospect, Oh 43342 | $12,988.00 | $455.88 |
| 53 | Estate of Ted H. Shafer<br>Ted A. Shafer, 7 E. Weaver Street<br>New Lebanon, OH 45345 | $10,830.00 | $380.13 |
| 71 | Rossi, Edith and Richard<br>RD #1 Box 262<br>Hazelton, PA 18201 | $64,980.00 | $2,280.79 |
| 87 | Phillip J. Solesky<br>1704 Sagamore Court<br>Raleigh, NC 27604 | $63,117.70 | $2,215.42 |
| 94 | Gwendolyn Fry<br>16129 State Route 141<br>Willow Wood, OH 45696 | $66,100.06 | $2,320.10 |

| # | Name / Address | Amount | Amount |
|---|---|---|---|
| 111 | Alice McDuffie-Cox<br>Robert G. McIver Clark Bloss & McIver, PO Box 1349<br>Greensboro, NC 27402 | $33,385.00 | $1,171.81 |
| 105 | Norcon Steel<br>3775 Southwestern Blvd<br>Orchard Park, NY 14127 | $1,535.00 | $53.88 |
| 114 | Mary Honnert and Jim Hornnert<br>936 Finney Trail<br>Cincinnati, Oh 45224 | $42,988.00 | $1,508.87 |
| 118 | Hersman, John<br>709 Mayfield<br>Marion, OH 43302 | $13,354.00 | $468.72 |
| 120 | Sportservice Corporation<br>Terry C. Burton, Esq., 40 Fountain Plaza<br>Buffalo, NY 14202 | $911.64 | $32.00 |
| 126 | Olsen, Veron & Eunice<br>630 W. llth Street<br>McMinnville, OR 97128 | $96,233.23 | $3,377.77 |
| 139 | Gee, Marguerite<br>117 W. Sunrise Avenue<br>Trotwood, OH 45426-3527 | $23,714.50 | $832.38 |
| 140 | Margaret Addison<br>26 Oak Street<br>Spartanburg, SC 29301 | $66,932.51 | $2,349.32 |
| 141 | Verizon<br>Bankruptcy Dept., 210 West 18th Street, Flr 15<br>New York, NY 10011 | $700.69 | $24.59 |
| 148 | James Coleman<br>John W.Uhl, Esq. 520 Fifth Third Center, 2 So. 3rd St.<br>Hamilton, OH 45011 | $100,625.00 | $3,531.92 |
| 153 | Householder, Louise<br>25 Main Street<br>Glouster, OH 45732 | $43,722.40 | $1,534.65 |
| 154 | McCown, Vida<br>27 Main Street<br>Glouster, OH 45732 | $22,275.72 | $781.87 |
| 229 | Dorothy Dennis<br>647 N. Section St., Apt. 21<br>La Rue, OH 43332 | $13,354.00 | $468.72 |
| 246 | Larry & Elsie Lockhart<br>1665C Longbow La.<br>West Carrollton, OH 45449-2621 | $16,240.02 | $570.02 |

TOTAL UNCLAIMED DIVIDENDS:	$ 26,056.52

Dated: March 29, 2010

_____
WILLIAM E. LAWSON
Trustee
730 CONVENTION TOWER, 43 COURT STREET
BUFFALO, NY 14202-3172
(716) 854-3015