# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: | Case No.: 1–00–13145–MJK |
|     Tee To Green Golf Parks, Inc. | Chapter: 7 |
|     Debtor(s) | Tax ID: 16–1411455 |

Brian J. Dilks, Managing Member
Dilks & Knopik, LLC Attorney in fact for
Adell Colemon for the estate of James Colemon
PO Box 2728
Issaquah, WA 98027
[Address 1]
[Address 2]

    Enclosed is your application to request payment for unclaimed funds. It is being returned to you for the following reason(s):

[   ]     Case Title and/or case number was not provided with original application.

[   ]     Affidavit is not dated.

[   ]     Claimant's current address was not provided with original affidavit.

[   ]     Claimant must state why check was not presented for payment at the time of original issuance.

[   ]     Requested amount of reimbursement must be stated on affidavit.

[   ]     Affidavit must state that reimbursement checks will be "made payable to claimant only," that the "claimant is in fact due the monies," and that all information provided is done so "under penalty of perjury."

[   ]     Affidavit must be notarized.

[   ]     Notarized Power of Attorney is required for all claimants using a second party to reclaim funds. All corporations must also submit an affidavit stating that claimant is aware of State Law Requirements for being a personal representative of the corporation.

[   ]     Documentation to substantiate claimant name change from original disbursement is needed.

[   ]     Documentation of Certificate of Service to the U.S. Attorney was not provided with application.

[   ]     Required Tax Identification Number or Social Security Number was not provided with application.

[ X ]     Other: Please provide the Court with a certified copy of letterhead of appointment issued by the Ohio Probate Court, with proof of the posting of a bond in the Probate Court, duly designating an administrator to act on behalf of the decedent – creditor. The Bankruptcy Court will only make a distribution to the duly designated, appointed and bonded administrator authorized to act by the Ohio Probate Court.

    If you have any further questions, please call the Court at 716–362–3200.

| | |
|---|---|
| Date: April 20, 2011 | Paul R. Warren |
| | Clerk of Court |

Enclosures

Form dfyuncla/Doc 557
www.nywb.uscourts.gov