# Notice Recipients

District/Off: 0209−1  User: bibbs  Date Created: 4/20/2011
Case: 1−00−13145−MJK  Form ID: dfyuncla  Total: 5

**Recipients of Notice of Electronic Filing:**
ust     Joseph W. Allen, 11     USTPRegion02.bu.ecf@usdoj.gov, Joseph.W.Allen@usdoj.gov
aty     William E. Lawson     lawson@aarondautch.com, info@aarondautch.com

                                                    TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Tee To Green Golf Parks, Inc.     221 Amherst Street     Buffalo, NY 14207
      Brian J. Dilks, Managing Member     Dilks &Knopic, LLC Attorney in fact for     Adell Colemon     fo rthe estate of James Colemon     PO Box 2728     Issaquah, WA 98027
      Adell Colemon for the estate of James Colemon     20484 Lesure Street     Detroit, MI 48235

                                                    TOTAL: 3